[No. 4851-9-III.   Division Three.   July 7, 1983.]

J. R. SIMPLOT COMPANY, *Appellant,* v. GEORGE W. HOLLAND, ET AL, *Defendants,* ODESSA UNION WAREHOUSE CO-OP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 27815-C, Clinton J. Merritt, J., entered October 9, 1981. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 5582-1-II.   Division Two.   July 8, 1983.]

PAMELA PALMER, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80-2-00798-7, Carol A. Fuller, J., entered April 27, 1981. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, C.J., and Reed, J.

[No. 11609-6-I.   Division One.   July 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. J. B. PILLARD, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02440-4, Richard M. Ishikawa, J., entered April 14, 1982. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Andersen, C.J., and Callow, J.